UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY KIMBALL,

    Plaintiff,

v.                                                CASE NO: 8:08-cv-401-T-23EAJ

MARK YOST and KRISTIE BORGO,

    Defendants.
_____/

## ORDER

The plaintiffs' amended affidavit of indigence (Doc. 5) (construed as a renewed motion for leave to proceed in forma pauperis) was referred to the magistrate judge. Following the magistrate judge's March 19, 2008, report and recommendation (Doc. 9), the plaintiff fails to object to the report and the time for filing objections has expired. Accordingly, the magistrate judge's report and recommendation (Doc. 9) is **ADOPTED IN PART**. Pursuant to 28 U.S.C. § 1915(e)(2)(A), the motion (Doc. 5) is **DENIED**. After the magistrate judge issued the March 19, 2008, report and recommendation, the plaintiff filed (Doc. 10) a motion (a) reporting that the plaintiff is confined at Falkenberg Road Jail and lacks access to necessary reference materials, and (b) requesting appointment of counsel and alternatively "a 120 day relief from filing and responding deadlines." In view of these newly disclosed facts, a dismissal without prejudice under 28 U.S.C. § 1915 and Local Rule 4.07(a) appears preferable to the magistrate judge's recommendation that the plaintiff be permitted thirty days to submit the $350.00 filing

fee or face dismissal without prejudice.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on April 7, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE